## MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 7 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**DATE:**   06/27/2025

**TO:**   Criminal Docket Clerk

**FROM:**   I/A Harvey
Eastern District of Arkansas
U.S. Marshals Service

**(Date)**   Deft. taken into U.S. Marshal Service custody on a detainer from _____.

06/26/2025
**(Date)**   Deft. has arrived on ASR/WHCAP.  Deft. will need returned once court proceedings are finished.

**(Date)**   Deft. taken into U.S. Marshal Service custody on a Warrant of Removal.

**(Date)**   Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study.

**(Date)**   Deft. returned to custody of _____
                              **(State)**

**(Date)**   Deft. returned to custody of _____
                              **(Another District)**

**CASE NO.:** 4:25CR18

**DEFENDANT'S NAME:** Lopez, Jonathan 88807-511